IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* v. **ISMAEL REYES-RIVAS,** *Defendant.* | Case No. 23-110 (FAB) |

**NOTICE OF DEFENDANT'S CONSENT TO DETENTION
AND MOTION TO VACATE DETENTION HEARING**

NOW COMES Defendant, Ismael Reyes-Rivas, aware of the charges pending against him, having been previously arraigned on the indictment, and after being advised of his right to a detention hearing, hereby notifies this Honorable Court that he consents to the entry of an order of detention in the present matter.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, on April 3, 2023.

**ERIC A. VOS
Federal Public Defender
District of Puerto Rico**

/s/Joseph A. Niskar
Joseph A. Niskar
Assistant Federal Public Defender
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
Tel. (787) 281-4922 / Fax (787) 291-4899
Email: Joseph_Niskar@FD.ORG